# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| ADRIAN DAVID RICO | CIVIL ACTION NO. 15-2372-P |
| VERSUS | JUDGE FOOTE |
| A.K. WILLIS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Hooglands Landscape, Debby Morris and the District Attorney for the Louisiana First Judicial District Court are **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e). Plaintiff's claims against A.K. Willis, Eddie Thomas, Jr., and Mrs. Washington remain pending at this time.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 22 day of _____ 2017.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE